

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00151-CV

———————————————

NUVIEW MOLECULAR PHARMACEUTICALS, INC. AND NUVIEW LIFE SCIENCES, INC., Appellants

V.

JOHN BISNAR, Appellee

On Appeal from the 158th District Court
Denton County, Texas
Trial Court No. 21-0807-158

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellants' Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 6, 2023